470 A.2d 1039

Commonwealth v. Brudnicki, Appellant.

Submitted October 24, 1983.   Robert T. Gownley, Jr., Assistant Public Defender, for appellant;  Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.

470 A.2d 1039

Commonwealth v. Clark, Appellant.

Submitted October 4, 1983.   George Henry Newman, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Appeal quashed.

WIEAND, J., filed a memorandum dissenting statement.